# UNITED STATES DISTRICT COURT
## District of Minnesota

Caryelis B. Ballesteros Bastidas

Petitioner,

v.

Pamela Bondi, Todd M. Lyons, Kristi Noem,
David Easterwood, and Dawanna S. Witt

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 0:26-cv-00917 DWF-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for writ of habeas corpus (Doc. No. [1]) is GRANTED.

2. The Court DECLARES that Petitioner's current detention is unlawful under the Constitution and laws of the United States.

3. Respondents are ORDERED to release Petitioner from custody immediately.

4. Within three (3) days of the date of this Order, the Government shall provide the Court with a status update confirming Petitioner's release.

5. Respondents are directed to release Petitioner: (1) in Minnesota; (2) with all personal documents and belongings, such as her driver's license, passport, other immigration documents, and cell phone; (3) without conditions such as ankle monitors or

tracking devices; and (4) with all clothing and outerwear she was wearing at the time of detention, or other proper winter attire. In addition, Respondents shall provide reasonable advance notice to counsel to arrange for a safe release of Petitioner.

6. Respondents are ENJOINED from re-detaining Petitioner under this same statutory theory, absent materially changed circumstances.

Date: 2/5/2026 KATE M. FOGARTY, CLERK